IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RHODNEY ROBERSON,          Χ
                              Χ
      Petitioner,        Χ
                              Χ
vs.                   Χ     No. 05-2434-Ma/P
                              Χ
DAVID MILLS,           Χ
                              Χ
      Respondent.       Χ
                              Χ

## ORDER TRANSFERRING CASE PURSUANT TO 28 U.S.C. § 2241(d)

Petitioner Rhodney Roberson, Tennessee Department of Correction prisoner number 210863, an inmate at the West Tennessee State Penitentiary ("WTSP") in Henning, Tennessee, filed a _pro se_ petition pursuant to 28 U.S.C. § 2254 on June 15, 2005, along with an application seeking leave to proceed _in forma pauperis_. Because the case is being transferred, the filing fee issue will be left to the transferee court. The Clerk shall record the respondent as WTSP warden David Mills.

Twenty-eight U.S.C. § 2241(d) provides:

Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-27-05      ③

the application. The district court for the district
wherein such an application is filed in the exercise of
its discretion and in furtherance of justice may transfer
the application to the other district court for hearing
and determination.

It is the practice of the federal district courts in Tennessee that
all § 2254 petitions are to be heard in the district in which the
conviction was obtained.

In this petition, Roberson is challenging a sentence that
was obtained in the Gibson County Circuit Court. Gibson County is
in the Eastern Division of the Western District of Tennessee.  28
U.S.C. § 123(c)(1).

Therefore, it is hereby ORDERED, pursuant to 28 U.S.C. §§
1406(a) and 2241(d), that this case is TRANSFERRED, forthwith, to
the Eastern Division of the Western District of Tennessee.

IT IS SO ORDERED this __24th__ day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02434 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

Rhodney Roberson
WEST TENNESSEE STATE PENITENTIARY
00210863
480 Green Chapel Road
P.O. Box 1150
Henning, TN 38041--115

Honorable Samuel Mays
US DISTRICT COURT