IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| RHODNEY ROBERSON, | ) |
|     Petitioner, | ) |
| v. | ) No. 3:05-2434 |
| | ) *JUDGE TODD* |
| DAVID MILLS, WARDEN, | ) |
|     Respondent. | ) |

**ORDER**

Upon motion of respondent and for good cause shown, respondent's deadline to file a response to the instant 28 U.S.C. § 2254 petition is extended until November 30, 2005.

ENTERED this 10th day of November, 2005.

                                            JAMES D. TODD
                                            United States District Judge

APPROVED FOR ENTRY:

_____
DAVID H. FINDLEY
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4350
BPR No. 20075

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02434 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Rhodney Roberson
WEST TENNESSEE STATE PENITENTIARY
00210863
480 Green Chapel Road
P.O. Box 1150
Henning, TN 38041--115

David H. Findley
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Honorable James Todd
US DISTRICT COURT